IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF. | ) | |
| | ) | |
| VS. | ) | NO.: 21-CR-30058-DWD |
| | ) | |
| JASON SPENGLER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MOTION TO AUTHORIZE CLERK TO HOLD FUNDS PENDING SENTENCING

Comes now the Defendant, Jason Spengler, by his lawyer, Justin Kuehn, and moves this Honorable Court to authorize the Clerk to hold funds pending sentencing, and in support, he states:

1. On April 28, 2021, Defendant Jason Spengler waived indictment and pled guilty to a one-count criminal information charging him with making a false statement in violation of 18 U.S.C. 1001.

2. Sentencing is set for August 18, 2021.

3. It is anticipated by both parties that at sentencing, restitution will be ordered in the amount of $310,343.15.

4. Mr. Spengler wishes to tender these funds to the Clerk of the U.S. District Court in the Southern District of Illinois prior to disposition for application against his criminal monetary penalties.

5. The Government is not opposed to the advancement of funds to the U.S. Clerk's office for eventual payment of restitution.

WHEREFORE, the Defendant, Jason Spengler, by his lawyer, Justin Kuehn, respectfully requests this Court to:

A. Authorize the U.S. Clerk's Office to hold any funds tendered by Jason Spengler, or on his behalf, pending disposition of this criminal matter; and

B. Direct the U.S. Clerk's Office to apply any funds it may hold consistent with the imposition of any criminal monetary penalty, including restitution, that may be imposed against Mr. Spengler.

RESPECTFULLY SUBMITTED,

/s/Justin A. Kuehn
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
justinkuehn@kuehnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I electronically filed the MOTION TO AUTHORIZE CLERK TO HOLD FUNDS PENDING SENTENCING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Justin A. Kuehn
Kuehn, Beasley & Young P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
justinkuehn@kuehnlawfirm.com